AMICALOLA MARBLE AND POWER COMPANY *v.* THOMASON.

LITTLE, J. 1. The trial judge did not err in refusing to continue the case, nor in refusing to submit the same to an auditor.

2. There being no conflict in the evidence, and the same being such as to require a verdict for the plaintiff, the judge committed no error in directing a finding in his favor.

*Judgment affirmed. All the Justices concurring.*

Submitted July 24,— Decided August 8, 1900.

Complaint. Before Judge Candler. Pickens superior court. September term, 1899.

*J. W. Henley* and *Z. D. Harrison*, for plaintiff in error.
*Morris & Green*, contra.

---

ODUM *v.* CREIGHTON MINING AND MILLING COMPANY.

LEWIS, J. The requests for particular instructions were, so far as legal and pertinent, covered in the general charge. The portions thereof to which exception is taken were substantially correct, and the evidence warranted the verdict. *Judgment affirmed. All the Justices concurring.*

Submitted July 24,— Decided August 8, 1900.

Action for damages. Before Judge Gober. Cherokee superior court. September term, 1899.

*J. P. Brooke* and *Mozley & Griffin*, for plaintiff.
*Teasley & Hutcherson* and *A. S. Clay*, for defendant.